UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>                Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES; ADMINISTRATION FOR CHILDREN AND FAMILIES,<br><br>                Defendants. | 15-cv-02645-PAC |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Brian Hauss, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for American Civil Liberties Union in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 28, 2015                    Respectfully Submitted,

                                             /s/ Brian Hauss
                                             Brian Hauss
                                             American Civil Liberties Union Foundation
                                             125 Broad Street, 18th Floor
                                             New York, NY 10004
                                             Phone: 212-549-2633
                                             Fax: 212-549-2652