

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 16, 2015

**_BY ECF_**

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *American Civil Liberties Union v. United States Department of Health and Human Services, et al.*, No. 15 Civ. 2645 (PAC)

Dear Judge Crotty:

  The parties respectfully submit this letter jointly in accordance with Your Honor's Order dated July 29, 2015, directing the parties to file a status report letter in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

  The Government and the ACLU have been working diligently to resolve this action. The Government completed its production of responsive documents on October 1, 2015, and the ACLU is currently reviewing the production to determine whether it objects to any redactions or withholdings made in the production. The parties anticipate being in a position to either stipulate to dismissal of the case or to schedule dates for motion practice, including with respect to attorneys' fees, in 30 days. Accordingly, we respectfully propose that the parties submit a second status report letter on November 16, 2015.

  We thank the Court for its consideration of this matter.

            Respectfully,

PREET BHARARA
United States Attorney

by: _____
Monica P. Folch
Assistant United States Attorney
(212) 637-6559

AMERICAN CIVIL LIBERTIES UNION
*Attorneys for Plaintiff*

by: _____
BRIGITTE AMIRI
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633