

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 20, 2016

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *American Civil Liberties Union v. United States Department of Health and Human Services, et al.*, No. 15 Civ. 2645 (PAC)

Dear Judge Crotty:

    The parties respectfully submit this status report letter in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. We write to report that the Government and the ACLU have resolved all remaining challenges to withholdings in the Government's production, and have reached a settlement in principle to address the matter of attorneys' fees in this case. Therefore, the parties expect to submit a proposed stipulation and order of settlement and dismissal in the next 30 days.

    We thank the Court for its consideration of this matter.

                               Respectfully,

| | |
|---|---|
| PREET BHARARA<br>United States Attorney<br><br>by: _____<br>    Monica P. Folch<br>    Assistant United States Attorney<br>    (212) 637-6559 | AMERICAN CIVIL LIBERTIES UNION<br>*Attorneys for Plaintiff*<br><br>by: _____<br>    BRIGITTE AMIRI<br>    AMERICAN CIVIL LIBERTIES UNION<br>    125 Broad Street, 18th Floor<br>    New York, NY 10004<br>    (212) 549-2633 |